**ANDRUS, et al., Plaintiffs,**

v.

**The UNITED STATES, Defendant.**

**No. 17–1657 L**

United States Court of Federal Claims.

Filed: December 21, 2017

**ORDER REGARDING JUDICIAL ASSIGNMENT**

SUSAN G. BRADEN, Chief Judge

The Honorable Lydia Kay Griggsby, of the United States Court of Federal Claims, is hereby assigned to manage and adjudicate all matters in the above-captioned case. The Honorable Elaine D. Kaplan is no longer assigned to the above-captioned case.

**IT IS SO ORDERED.**